ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST OF TX
FILED

2019 JUN 25  PM 2: 21

DEPUTY CLERK _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CATRELL TYWARREN JOHNSON (01)<br>a.k.a. "Trell"<br>JONATHAN MARKEY CHOPANE (02)<br>a.k.a. "Gotti" | NO.<br><br>3-19CR-306-B<br><br>4:19mj1339 |

United States Courts
Southern District of Texas
FILED

**INDICTMENT**

*July 22, 2019*

The Grand Jury Charges:

David J. Bradley, Clerk of Court

Count One
Sex Trafficking of Children
(Violation of 18 U.S.C. § 1591(a)(1))

Beginning in or about December 15, 2018 and continuing through on or about January 4, 2019, the exact dates being unknown, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Catrell Tywarren Johnson, a.k.a. "Trell,"** in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, namely, Jane Doe, who had not attained the age of 18 years, knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe Jane Doe, that Jane Doe had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of 18 U.S.C. § 1591(a)(1), the penalty for which is found at 18 U.S.C. § 1591(b)(2).

Count Two
Sex Trafficking of Children
(Violation of 18 U.S.C. § 1591(a)(1))

Beginning in or about December 21, 2018 and continuing through on or about January 30, 2019, the exact dates being unknown, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Jonathan Markey Chopane, a.k.a. "Gotti,"** in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, namely, Jane Doe, who had not attained the age of 18 years, knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe Jane Doe, that Jane Doe had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of 18 U.S.C. § 1591(a)(1), the penalty for which is found at 18 U.S.C. § 1591(b)(2).

Forfeiture Notice
(18 U.S.C. § 1594(d))

Upon conviction for either offense alleged in Count One or Count Two of this superseding indictment and pursuant to 18 U.S.C. § 1594(d), the defendants, **Catrell Tywarren Johnson, a.k.a. "Trell," and Jonathan Markey Chopane, a.k.a. "Gotti,"** shall forfeit to the United States any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violations and any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violations.

A TRUE BILL.

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_Camille Sparks for Cara Pierce_
CARA FOOS PIERCE
Assistant United States Attorney
Texas State Bar No. 24036579
1100 Commerce Street, Suite 300
Dallas, Texas 75242-1699
Telephone: 214-659-8678
Facsimile: 214-659-8803

Indictment—Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

CATRELL TYWARREN JOHNSON (01)
a.k.a. "Trell"
JONATHAN MARKEY CHOPANE (02)
a.k.a. "Gotti"

INDICTMENT

18 U.S.C. § 1591(a)(1)
Sex Trafficking of Children
(Counts 1 and 2)

18 U.S.C. § 1594(d)
Forfeiture Notice

2 Counts

A true bill rendered

DALLAS                                                      FOREPERSON

Filed in open court this _25_ day of June, 2019.

---

**Warrant to be Issued For Jonathan Markey Chopane**

---

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:  3:19-MJ-539-BK

AO 91 (Rev. 11/11) Criminal Complaint

**SEALED**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 10 2019
CLERK, U.S. DISTRICT COURT
By_____
   Deputy

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>CATRELL JOHNSON a.k.a "RUN IT UP TRELL"<br>JONATHAN CHOPANE a.k.a "GOTTI"<br><br>*Defendant(s)* | Case No. 3:19-MJ- 539 BK |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  December 20, 2018 - January 11, 2019  in the county of  Dallas  in the  Northern  District of  Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1591(a) and (b)(2) | Child Sex Trafficking |

This criminal complaint is based on these facts:
See attached Affidavit of Sergeant Thomas Hruskocy.

☑ Continued on the attached sheet.

*Complainant's signature*

Thomas Hruskocy, Sergeant Investigator, Texas OAG
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/10/19

City and state:  Dallas, Texas

*Judge's signature*

RENÉE HARRIS TOLIVER, U.S. Magistrate Judge
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

SEALED

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:19-MJ- 539 BK |
| JONATHAN CHOPANE a.k.a "GOTTI" | ) ) ) ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jonathan Chopane a.k.a "Gotti",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1591(a) and (b)(2)     Child Sex Trafficking

Date: 6/10/19

City and state: Dallas, Texas

Issuing officer's signature

RENÉE HARRIS TOLIVER, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*